IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00409-MSK-MSW

SHARON KERR, an individual, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Corporation

    Plaintiff,

v.

THE HEATHER GARDENS ASSOCIATION, a Colorado Corporation, and
HEATHER GARDENS METROPOLITAN DISTRICT, a Colorado Metropolitan District

    Defendants.

---

ORDER ( Docket No 19 )

---

THIS MOTION comes before the court on the parties' Unopposed Motion to Amend Scheduling Order [Docket #19], filed June 26, 2009.

IT IS ORDERED the motion is GRANTED, and the case schedule shall be amended as follows:

    a.    discovery cut-off: October 5, 2009;

    b.    dispositive motion deadline: November 5, 2009;

    c.    expert witness disclosure: August 3, 2009;

    d.    rebuttal expert disclosure: September 17, 2009;

    e.    last set of requests for production, interrogatories, and requests for admission served: September 2, 2009.

Dated: June 29, 2009.

BY THE COURT:

*[signature]*

United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

-2-