IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00409-MSK-MJW

SHARON KERR, an individual; and
COLORADO CROSS-DISABILITY COALITION, a Colorado Non-profit Corporation,

      Plaintiffs,

v.

THE HEATHER GARDENS ASSOCIATION, a Colorado Corporation; and
HEATHER GARDENS METROPOLITAN DISTRICT, a Colorado Metropolitan District,

      Defendants.

_____

**ORDER GRANTING STIPULATED MOTION TO DISMISS PLAINTIFF
COLORADO CROSS-DISABILITY COALITION'S ORGANIZATIONAL DAMAGES
CLAIMS AGAINST DEFENDANTS**

_____

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss Plaintiff

Colorado Cross-Disability Coalition's Organizational Damages Claims Against Defendants

**(#24)** filed September 17, 2009.  Having reviewed the Stipulation Motion,

**IT IS ORDERED** that the Motion is **GRANTED**.  The Court hereby dismisses Colorado

Cross-Disability Coalition's organizational damages claims against the Defendants in the First

and Second Claims for Relief of Plaintiffs' Complaint, with the parties to bear their own costs,

expenses and fees incurred with respect to the alleged organizational damages claims against the

Defendants.

DATED this 18th day of September, 2009.

                         **BY THE COURT:**

                         *Marcia S. Krieger*

                         _____

                         Marcia S. Krieger
                         United States District Judge