IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00409-MSK-MSW

SHARON KERR, an individual, and
COLORADO CROSS-DISABILITY COALITION, a Colorado Corporation

Plaintiff,

v.

THE HEATHER GARDENS ASSOCIATION, a Colorado Corporation, and
HEATHER GARDENS METROPOLITAN DISTRICT, a Colorado Metropolitan District

Defendants.

---

**ORDER [DOCKET #26]**

---

THIS MOTION comes before the court on the parties' Unopposed Motion to Amend Scheduling Order [Docket #26], filed September 29, 2009

IT IS ORDERED the motion is GRANTED, and the ~~case~~ schedule ^order shall be amended as follows:

    a.    discovery cut-off: December 4, 2009;

    b.    dispositive motion deadline: January 8, 2010;

Dated: October 1, 2009.

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO