IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00409-MSK-MJW

SHARON KERR, et al.,

Plaintiffs,

v.

THE HEATHER GARDENS ASSOCIATION, et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulated Motion to Amend Scheduling Order (Docket No. 29) is granted.  Consequently, the Scheduling Order is amended as follows.  The deadline for completion of discovery is extended up to and including January 22, 2010, for the limited purpose of conducting the remaining deposition of the CCDC's 30(b)(6) designee.  The deadline for filing dispositive motions is extended up to and including February 5, 2010.

Date: December 23, 2009