IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00409-MSK-MJW

SHARON KERR, et al.,

Plaintiffs,

v.

THE HEATHER GARDENS ASSOCIATION, et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Unopposed Motion to Amend Scheduling Order, DN 35, filed with the Court January 8, 2010, is GRANTED.  The discovery cutoff deadline is extended up to and including February 2, 2010 for the limited purpose of conducting the remaining deposition of the CCDC.

Date:  January 11, 2010